UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERONICA DYER, as she is ADMINISTRATOR, IRONWORKERS DISTRICT COUNCIL OF NEW ENGLAND HEALTH AND WELFARE FUND, IRONWORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND, and IRONWORKERS DISTRICT COUNCIL OF NEW ENGLAND ANNUITY FUND; BRIAN DONAHUE, as he is ADMINISTRATOR, IRONWORKERS DISTRICT COUNCIL OF NEW ENGLAND EDUCATION FUND; IRONWORKERS DISTRICT COUNCIL OF NEW ENGLAND; and INTERNATIONAL ASSOCIATION OF IRONWORKERS LOCAL 7 AND LOCAL 37,<br>                    Plaintiffs,<br><br>        v.<br><br>LUCKERN STEEL SERVICES, LLC and PITTSFIELD COLUMN, INC.,<br>                    Defendants. | C.A. No. 1:19-mc-00006-AJ |

## APPLICTION FOR TRUSTEE PROCESS

Plaintiff employee benefit funds move for this Court for Trustee Process pursuant to N.H. R.S.A. 512:3 as to the bank accounts of Luckern Steel Services, LLC ("Luckern") and Pittsfield Column, Inc. ("PCI") at Northway Bank ("Northway").  As reason therefore, Plaintiffs state the following:

1. Plaintiffs have a judgment against Luckern and PCI in the amount of $179,910.50.

2. To date Luckern and PCI have not paid any amount of said judgment, despite requests and other collection efforts from the Plaintiffs.

3. Luckern and PCI's debt dates back nearly ten years, to a point at which they concealed hours worked by their employee from Plaintiffs and failed to make benefit

contributions on those hours.  Since that time, Defendants have continually failed to make payments on this and subsequent debts, despite two rounds of litigation.

4. Luckern and PCI's last known bank accounts were at Northway.

Proposed forms of Writs of Attachment and Trustee Process are attached hereto as Exhibits A and B.

WHEREFORE, the Plaintiffs request that this Court issue the proposed Writs of Attachment and Trustee Process submitted herewith.

Respectfully submitted,

VERONICA DYER, as she is ADMINISTRATOR, IRONWORKERS DISTRICT COUNCIL OF NEW ENGLAND FUNDS, *et al.*,

By their attorneys,

/s/   Jasper Groner
Paul F. Kelly, BBO #267000
Kathryn S. Shea, BBO #547188
Jasper Groner, BBO #682403
Segal Roitman, LLP
33 Harrison Ave, 7th Floor
Boston, MA  02111
(617) 742-0208
jgroner@segalroitman.com

Dated:  June 13, 2019

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Application for Order of Post-Judgment Attachment by Trustee Process has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), to non-registered participants by mail, and by first class mail to Luckern, PCI, and Northway on this 13th Day of June, 2019.

/s/Jasper Groner
Jasper Groner
