# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Dyer as she is Administrator, et al.
        Plaintiff

Civil Action No. 1:19-MC-00006

Luckern Services, LLC, et al.
        Defendant(s)

## WRIT OF ATTACHMENT AND TRUSTEE PROCESS

*To the Sheriff of any County or his Deputy, or any other person*

**We Command You** to attach the following goods or estate of Luckern Services, LLC of 24 B Broadway Street, Pittsfield in the County of Merrimack, and State of New Hampshire, to the value of $179,910.50 dollars.

**We Also Command You** to attach the money, goods, chattels, rights, and credits of the said Luckern Services, LLC in the hands of Northway Bank, of 29 Cilley Road, Manchester, in the County of Hillsborough, and State of New Hampshire, to the value of $179,910.50 dollars, and summons said Northway Bank if to be found in your precinct, to appear in said COURT, within fourteen days after service upon said trustee, and show cause, if any, s/he has, why execution should not issue against him/her for the judgment which may be recovered by said plaintiff against principal defendant and make return of this writ, with your doings therein.

The attachment(s) herein is/are to secure any Judgment or Decree the plaintiff may obtain in this action.

*Witness, Joseph N. Laplante, Esquire, the*     *day of*     *, A.D. 20*

........................................Indorser

By ....................................Attorney

Daniel J Lynch, Clerk of Court

# RETURNS OF SERVICE

**Real Estate Attachment**

_____, SS.                              _____, 20\_\_

      I attached all the lands and tenements in the County of _____ of the within named defendant _____ to the extent ordered on the reverse side of this writ, by leaving at the office of the Register of Deeds of said County a true copy of this writ and of this, my return, endorsed thereon, at _____ AM/PM.

          Fees:                                                                          _____
Register      $_____                                        Deputy Sheriff
Service          _____
Copy            _____
Travel          _____
                $_____

_____

**Trustee Attachment**

_____, SS.                              _____, 20\_\_

      I attached the money, goods, chattels, rights, and credits of the within named defendant _____ in the hands and possession of _____ to the extent ordered on the reverse side of this writ, and summoned the said trustee to appear as within commanded by giving in hand to/leaving at the abode of _____ at _____ Street in _____, an attested copy of the within writ  at _____ AM/PM.

          Fees:                                                                          _____
Register      $_____                                        Deputy Sheriff
Service          _____
Copy            _____
Travel          _____
                $_____

_____
_____

**Completion of Service**

_____, SS.                              _____, 20\_\_

      I notified the within named_____ of above attachment by giving in hand to _____ by leaving at the abode of _____ at _____ Street in _____ an attested copy of this writ, together with my return endorsed thereon at _____AM/PM

          Fees:                                                                          _____
Register      $_____                                        Deputy Sheriff
Service          _____
Copy            _____
Travel          _____
                $_____

USDCNH-83 (01/14)