# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Dyer as she is Administrator, et al.
  Plaintiff

Civil Action No. 1:19-MC-00006

Luckern Services, LLC, et al.
  Defendant(s)

## WRIT OF ATTACHMENT AND TRUSTEE PROCESS

*To the Sheriff of any County or his Deputy, or any other person*

**We Command You** to attach the following goods or estate of  Pittsfield Column, Inc.

of  24 B Broadway Street, Pittsfield  in the County of  Merrimack  , and State of New Hampshire, to the value of  $179,910.50  dollars.

**We Also Command You** to attach the money, goods, chattels, rights, and credits of the said

Pittsfield Column, Inc.  in the hands of

Northway Bank  ,of  29 Cilley Road, Manchester  , in the

County of  Hillsborough  , and State of New Hampshire, to the value of

$179,910.50  dollars, and summons said

Northway Bank  if to be found in your precinct, to appear in said

COURT, within fourteen days after service upon said trustee, and show cause, if any, s/he has, why execution should not issue against him/her for the judgment which may be recovered by said plaintiff against principal defendant and make return of this writ, with your doings therein.

The attachment(s) herein is/are to secure any Judgment or Decree the plaintiff may obtain in this action.

*Witness, Joseph N. Laplante, Esquire, the*          *day of*          *, A.D. 20*

........................................Indorser

By .....................................Attorney

Daniel J Lynch, Clerk of Court

USDCNH-83 (01/14)

# RETURNS OF SERVICE

**Real Estate Attachment**

_____, SS.          _____, 20__

      I attached all the lands and tenements in the County of _____ of the within named defendant _____ to the extent ordered on the reverse side of this writ, by leaving at the office of the Register of Deeds of said County a true copy of this writ and of this, my return, endorsed thereon, at _____ AM/PM.

|  | Fees: | _____ |
|---|---|---|
| Register | $_____ | Deputy Sheriff |
| Service | _____ | |
| Copy | _____ | |
| Travel | _____ | |
|  | $_____ | |

_____

**Trustee Attachment**

_____, SS.          _____, 20__

      I attached the money, goods, chattels, rights, and credits of the within named defendant _____ in the hands and possession of _____ to the extent ordered on the reverse side of this writ, and summoned the said trustee to appear as within commanded by giving in hand to/leaving at the abode of _____ at _____ Street in _____, an attested copy of the within writ  at _____ AM/PM.

|  | Fees: | _____ |
|---|---|---|
| Register | $_____ | Deputy Sheriff |
| Service | _____ | |
| Copy | _____ | |
| Travel | _____ | |
|  | $_____ | |

_____
_____

**Completion of Service**

_____, SS.          _____, 20__

      I notified the within named_____ of above attachment by giving in hand to _____ by leaving at the abode of _____ at _____ Street in _____ an attested copy of this writ, together with my return endorsed thereon at _____AM/PM

|  | Fees: | _____ |
|---|---|---|
|  |  | Deputy Sheriff |
| Register | $_____ | |
| Service | _____ | |
| Copy | _____ | |
| Travel | _____ | |
|  | $_____ | |