# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

*DISTRICT COURT DISTRICT OF NH*
*2019 JUN 26 AM 10: 04*
*FILED*

| | |
|---|---|
| Court Name: | 6th Circuit - District Division - Concord |
| Case Name: | Veronica Dyer as Admin for Ironworkers District Council v Pittsfield Column Inc |
| Case Number: (if known) | 1:19-MC-00006-AJ |

## TRUSTEE DISCLOSURE
(RSA 512:9-d)

I. On what date were the trustee writ including (attachment and summons or complaint) and trustee disclosure form served upon you? **06/20/19**

II. What money, rights, goods, chattels, and/or credits belonging to or due defendant did you hold at the time of service?

**$1,235.50**

III. Are any of the money, rights, goods, chattels, and/or credits disclosed by you in response to interrogatory II subject to reductions for account fees and/or amounts alleged or determined not to belong to the defendant? If so, please state the amount and the basis.

**N/A**

IV. At this time, are you aware whether the money, rights, goods, chattels, and/or credits disclosed by you in response to interrogatory II are subject to priority claims of other people? If so, please state the amount, the basis for the priority claims and the claimants.

**No**

I certify that on this date I provided this document(s) to the parties who have filed an appearance for this case or who are otherwise interested parties by: ☐ Hand-delivery OR ☑ US Mail OR ☐ Email (E-mail only by prior agreement of the parties based on Court Administrative Order).

_____
Trustee Signature

**Zuri Chambers**
Print Name of Trustee

**Sr. Collections Specialist - Northway Bank**
Trustee Title and Name of Corporation (if applicable)

**PO Box 9 - 9 Main St.**
Trustee Street Address or P.O. Box

**Berlin, NH 03570**
City, State, Zip

State of **New Hampshire**, County of **Coos**

This instrument was acknowledged before me on **06/20/19** by **Zuri Chambers**
                                                    Date                Person Signing Above

My Commission Expires **April 12, 2022**
Affix Seal, if any                  Signature of Notarial Officer / Title

*[Notary Seal: JENNIFER RIENDEAU, MY COMMISSION EXPIRES APRIL 12, 2022, NOTARY PUBLIC, NEW HAMPSHIRE]*

NHJB-2593-DPS (10/07/2013)                    Page 1 of 1